To whom it may concern.

My name is Bademe I'm the oldest daughter. My father is the most caring person makes sure his family is good. He always lifts the spirits in his daughters. He's very close to all of us. Never puts us down always puts all of us first. Not only to his children, but also to his grandchildren. Without my father I would be lost and incomplete. As of recently Rasim Uhoja is the only parent we have. We just can't lose another. He was always the one to take care of all of us. He's a blessing parent, friend, and son. We all make mistakes but everything my father does he

does it for us. We need him in our life, without him there is no life, no spirit, no parents.

Sincerely,
Bademe

TO who may it concern,
My dad is a wonderful man, he honestly is. I need him for everything, You can't take my daddy from me please. I already lost my mommy, she's gone forever please I really can't lose another parent. My dad is very important to me. It's been so hard for me and it still is but my dad is always trying for us. He made me a promise he's "going to be my mom and dad" It makes me feel better. But if you take him than he can't be nothing. I need my daddy. He's honestly my everything. He gives me good talks. Everytime I'm sad he says "I got him" and for a fact I know I do. I love him so much, words can't even explain. please I'm begging don't take my dad I need him.

Anesa

To whom it may concern

My name is Zahira Ukaja daughter of Rasim Ukaja. I am 21 years old. I have four sisters and two brothers. My dad is my only parent at the moment and his doing such a good job. Its not easy for him either loosing the mother of his children. He makes us stronger. Gets us going. Without my father it will be one of the worst thing ever to happen to our whole family. He was here for his family since day one. He's a honest and good hearted person. Alot of people are counting on my father, especially me.

To whom it may Concern,

My name is Elizabeth, I'm the second oldest daughter, My father Kasim Ukoja, is our only parent right now... My mom posted away, and it's been very difficult for us... all 7 children But our dad keep us going. helps us through this difficult time. We need him.. Everything for us would be tragic, if he isn't with us. My dad is a great father, he will always be there for us, and he is the only one there. My Dad is not taking it so well about my mom. we all need to stick together. He is a good man, my son Jayden looks up to him. My dad keeps the family together. My dad been there for me since the first day. I have this big connection with my father. Losing him would be unbearable. Father that I know does everything

for his family. He raised all seven of his children the right way. To have respect, to be loyal, not to steal, and be wise. I remember one day when I was in 5th grade. I stoled a CD in a store, when my father found out he made me go back inside to return it and apolozie. His point was to teach me discipline. He's been there for good and bad.

— Elizabeth

To whom it may concern, My name is Daso Ukoja, I am one of his kids out of seven. If my father goes to prison it will effect all of his kids and family, for his two younger kids, my brother and sistors will feel depressed and have their education and personal life have a downfall. There for we just lost our mother not long ago. and we are still recovering from our lost. By our being here with us we have someone we can run to for any situation, someone we all depend on. Therefore if our father goes to prison it will effect us all even more with our mother being passed away. My father is the one who supports the household, without him the household will be in debt situations. So if there is any chance of him not being

incarserated it will do his whole family justice.

Thank you
Sincerely,
Daso Ukoja

To whom it may concern,
if my father goes to jail I'll have no parents to go to when I need someone to go to for advice. My mother had pasted away not too long ago, and I'm still recovering from that. Loosing my father will not go well for my sister either. Losing my mother made a downfall for them already. He makes the money for the household too. Without him we'll be in debt. I'm already struggling in school and he's helping me to graduate and be the first to graduate on time in his kids. He plans on making me go to college and I'm ready for it. He makes me want to do better in life with his talks.

Sincerely, Rahman Ukeji