# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER | 2017 0040745 | MEDICAL EXAMINER'S CASE NUMBER | ME2017-02060 | DATE ISSUED | 5/26/2017 |
|---|---|---|---|---|---|

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| FIKRETA UKOJA | FEMALE | MAY 06, 2017 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| COOK | 45 YEARS | JULY 08, 1971 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| ELMWOOD PARK | 2940 N HARLEM AVE |

| PLACE OF DEATH |
|---|
| DECEDENT'S HOME |

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| MONTENEGRO | 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 | WIDOWED | | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 2940 N HARLEM AVE | | ELMWOOD PARK | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60707 | METO BEGZIC | FATIMA BADZOVIC |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| DASO UKOJA | SON | 2940 N HARLEM AVE, ELMWOOD PARK, IL, 60707 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| BURIAL | BOHEMIAN NATIONAL CEMETERY (HERITAGE MEMORIAL CEME | CHICAGO, IL | MAY 08, 2017 |

| FUNERAL HOME |
|---|
| MUSLIM FUNERAL SERVICES, 4380 NORTH ELSTON AVENUE, CHICAGO, IL, 60641 |

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| SULEMAN FIRDAUSI | 034016708 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| DAVID ORR | MAY 18, 2017 |

**CAUSE OF DEATH** — PART I: PENDING INVESTIGATION

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a.
Due to (or as a consequence of)
b.
Due to (or as a consequence of)
c.
Due to (or as a consequence of)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | PENDING INVESTIGATION |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|

| LOCATION OF INJURY |
|---|

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| | | NO | MAY 06, 2017 | 06:45 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| MEDICAL EXAMINER/CORONER | MAY 11, 2017 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| PONNI ARUNKUMAR MD, 2121 W HARRISON ST, CHICAGO, IL, 60612 | |





This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

David Orr
Cook County Clerk

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

*THE WORD VOID APPEARS WHEN PHOTOCOPIED*
*NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM*