Legacy Express Trucking, Inc.

1750 Manhattan Rd
Joliet, IL 60433
Phone: (708) 897-0580
Fax: 708-897-0637
Website: http://www.legacy-expresstrucking.com

## Settlement

| | |
|---|---|
| Driver | 123 - Rasim Ukoja |
| Settlement #: | 2,120 |
| Settlement Date: | 10/26/17 |
| Settlement Period: | 10/16/17 - 10/22/17 (WK-43) |
| Terminal: | Joliet, IL |

| | | |
|---|---|---|
| **Payments** | | |
| Total Trip Pay | $1,415.85 | |
| **Total Payment** | **$1,415.85** | |
| **Deductions** | | |
| Occupational Accidental Insurance | ($35.00) | |
| Escrow account | ($50.00) | Total Collected: $100.00 |
| **Total Deduction** | **($85.00)** | |
| **Net Pay** | **$1,330.85** | |

Page 1

Trip Payments:

| No | Load Info | Driver | Start Date | End Date | From | To | Payments |
|---|---|---|---|---|---|---|---|
| 1 | 9260 ROAD | Rasim Ukoja | 10/16/17 | 10/17/17 | AMAZON-EMERALD DR Joliet, IL 60433 | AMAZON Shakopee, MN 55379 | 1. Trip Pay : 456.00 (912.00 at 0.50)(Round Trip) |
| 2 | 9341 ROAD | Rasim Ukoja | 10/18/17 | 10/19/17 | AMAZON MDW2- Joliet, IL 60433 | AMAZON.COM Jeffersonville, IN 47130 | 1. Trip Pay : 269.10 (598.00 at 0.45)(Round Trip) |
| 3 | 9392 ROAD | Rasim Ukoja | 10/20/17 | 10/21/17 | AMAZON.COM Monee, IL 60449 | AMAZON COM KYDC LLC Oklahoma City, OK 73128 | 1. Trip Pay : 690.75 (1535.00 at 0.45)(Round Trip) |
|   |   |   |   |   |   | Total: | 1415.85 |

Deductions Detail:

| |
|---|
| No Fuel card charges during this period |